# J.L. Russo, P.C.

*JOHN L. RUSSO*
ATTORNEY AT LAW

COUNSEL
Milton Florez, Esq.
Michael Horn, Esq.

31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel:   718 · 777 · 1277
Fax:  718 · 204 · 2310
Email:  *JLRussoPC@Gmail.com*

PARALEGAL
Maria Nunez, B.S.

**MEMO ENDORSED**

June 14, 2022

> Sentencing is adjourned to June 29, 2022 at 11 a.m.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:  6/14/2022
> New York, New York

**Via ECF**
Honorable Edgardo Ramos
United States District Court Judge
United States District Court
40 Foley Square
New York, NY

*Re: U.S. v. Julieta Javier*
     22 CR 0035-01 (ER)

Your Honor:

    This office represents Julieta Javier in the above referenced mater which is on the Court's calendar for sentencing **tomorrow,** June 15th, at 2 p.m..  We apologize for the late request, but due to continued hearings in two separate matters, tomorrow has become a scheduling nightmare.  **Thus, we respectfully request a short adjournment of tomorrows sentencing in this matter, at the Court's convenience**, for at least 1-2 weeks.   AUSA Slavik is aware of this scheduling issue and consents to this request.

    The Court's consideration of this request is respectfully and gratefully appreciated.

Respectfully submitted,

*John L. Russo*

John L. Russo, Esq.
Attorney for Julieta Javier
31-19 Newtown Ave., Suite 500
Astoria, NY 11102
(718)777-1277
JLRussoPC@Gmail.com

cc:     AUSA Mary Christine Slavik